# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**     * | |
|                                  * | |
| vs.                              * | **Case No. 21-cr-00393 (RDM)** |
|                                  * | |
| **HUNTER PALM**                  * | |
|         **Defendant**            * | |
|                                  * | |

**ooOoo**

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendant, Hunter Palm as counsel appointed under the Criminal Justice Act, 18 U.S.C. § 3006A, nunc pro tunc to September 28, 2021. .

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served on all counsel of record 5th day of October, 2021 on all counsel of record via ECF.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**