# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** \* | |
| \* | |
| vs.   \* | Case No. 21-cr-00393 (RDM) |
| \* | |
| **HUNTER PALM** \* | |
| **Defendant** \* | |
| \* | |

**ooOoo**

## ORDER

Upon consideration of the Consent Motion to Continue Plea Hearing and Toll Speedy Trial Time, filed by Hunter Palm, good cause having been shown, it is this _____ day of July 2023, by the United States District Court for the District of Columbia,

**ORDERED:**

1. That the Motion is hereby **Granted;**

2. That a Status Hearing is hereby **Scheduled for July 21, 2023 at _____;** and

3. That to allow Mr. Palm to consult adequately with his counsel regarding a pretrial resolution of the case, **the Speedy Trial is hereby tolled to and including July 21, 2023**, upon finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7).

_____
**Honorable Randolph D. Moss**
**United States District Judge**