IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 21-CR-393 (RDM) |
| | : | |
| v. | : | 18 U.S.C. § 1752(a)(2) |
| | : | |
| **HUNTER PALM,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Hunter Palm, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Michael R. Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows

and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.8 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Hunter Palm's Participation in the January 6, 2021, Capitol Riot*

8. The defendant, Hunter Palm, lives in Colorado Springs, Colorado. On the morning of January 5, 2021, Palm traveled from Colorado to Washington, D.C., via plane. The purpose of the defendant's trip to Washington, D.C., was to protest Congress' certification of the Electoral College.

9. On January 6, 2021, at approximately 2:15 p.m., Palm entered the Capitol building voluntarily via the Senate Wing doors, between rooms S-142 and S-139, as other rioters were breaking the doors and windows in order to gain entry to the building. As Palm approached the building and entered, he joined the crowd in chanting "Stop the Steal!" and "Whose house? Our

house!"  The defendant was among the first wave of rioters to enter the building at this particular point of entry.  The defendant remained in the Capitol building, traveling between various areas—including the Crypt, the Memorial Door area, the House Hallway near Room H227 and H230, Speaker of House Nancy Pelosi's conference room, the Rotunda, and the East Rotunda Doors—until at least 2:49 p.m., when he exited the building through a broken window near the same Senate Wing doors he had entered.  Throughout his time in the Capitol, Palm used his cellular phone to photograph and record his surroundings.

10. At approximately 2:27 p.m., Palm was part of a mob of rioters pushing their way through the Crypt while United States Capitol Police officers attempted to remove them from the building.

11. At approximately 2:32 p.m., Palm was part of a mob of rioters marching through the House hallway near Room H227 while other rioters yelled, "Nancy," "Where are you?," and "We're gonna kill her."  Palm and others members of the mob eventually entered Speaker Pelosi's conference room under a sign that read "Office of the Speaker," while another rioter yelled "Come on you cunt Pelosi, get the fuck outta here."  Upon entering, Palm asked, "you guys want a tour?"  Inside the conference room, Palm sat at a table with an open laptop that read "Spk.ConferenceRoom[redacted]," and asked the room of rioters, "Who's good at hacking? Who's good at hacking?"  Before leaving, Palm put his feet on the table and stated, "I think I like my new dining room.  I pay for it."

12. Later, outside the Capitol building, on the Senate terrace, Palm yelled to the crowd of rioters still approaching the building, "watch out for the tear gas!"

13. On February 6, 2021, Palm was interviewed by FBI agents and stated that he entered the Capitol building on January 6, 2021, because he was pushed inside by others.  He

provided the FBI with the clothes he wore inside the building. He also provided the FBI with his cellular phone but informed them he had deleted all content he recorded from his time inside the Capitol, instead placing it on a flash drive that he also provided to the FBI.

### *Elements of the Offense*

14. The parties agree that 18 U.S.C. § 1752(a)(2) requires the following elements:

    a. First, the defendant engaged in disorderly or disruptive conduct in, or in proximity to, any restricted building or grounds.

    b. Second, the defendant did so knowingly, and with the intent to impede or disrupt the orderly conduct of Government business or official functions.

    c. Third, the defendant's conduct occurred when, or so that, his conduct in fact impeded or disrupted the orderly conduct of Government business or official functions.

### *Defendant's Acknowledgments*

15. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that he willfully and knowingly entered the Capitol building knowing that that he did not have permission to do so and with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____
Troy A. Edwards, Jr.
N.Y. Bar No. 5453741
Shalin Nohria
D.C. Bar No. 1644392
Assistant United States Attorneys

## DEFENDANT'S ACKNOWLEDGMENT

I, Hunter Palm, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 7/20/23

Hunter Palm
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 7/20/23

Carmen Hernandez
Attorney for Defendant