CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )        Criminal Case No.: 21-CR-0393 (RDM)
)
Hunter Palm )
)
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant

waives his right to trial by jury.

_____
Defendant

_Carmen D. Hernandez_
_____

Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____
Randolph D. Moss

United States District Judge

Date: 7/24/23