# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | Case No. 21-cr-00393 (RDM) |
| | * | |
| **HUNTER PALM** | * | |
| Defendant | * | |
| | * | |

ooOoo

## CONSENT MOTION TO CONTINUE SENTENCING

Hunter Palm, by his undersigned counsel, hereby respectfully moves to continue the Sentencing Hearing, which is scheduled for November 3, 2023 for sixty days and grant a corresponding extension for the filing of sentencing memorandum by the parties. AUSA Troy Edwards consents to this request. The reason for the request is that despite due diligence undersigned counsel requires additional time to prepare for sentencing.

1. Mr. Palm, who has pleaded guilty to a misdemeanor and has no prior convictions continues to be in full compliance with the terms of his pretrial release.

WHEREFORE, Mr. Palm respectfully requests that the Court continue the sentencing hearing for 60 days and extend the time for filing sentencing memorandum.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

    I hereby certify that the instant notice was served on all counsel of record 17th day of October, 2023 on all counsel of record via ECF.

                                                        /s/ *Carmen D. Hernandez*
                                                        **Carmen D. Hernandez**