# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | Case No. 21-cr-00393 (RDM) |
| | * | |
| **HUNTER PALM** | * | |
| Defendant | * | |
| | * | |

**ooOoo**

## ORDER

Upon consideration of the Consent Motion to Continue Sentencing filed by Hunter Palm, good cause having been shown, it is this _____ day of October, 2023, by the United States District Court for the District of Columbia,

**ORDERED:**

1. That the Motion is hereby **Granted;**

2. That Sentencing is hereby **Re-scheduled to the** _____ **day of January, 2024 at** _____; and

3. That the time for the parties to file sentencing memoranda is hereby **Extended.**

_____
**Honorable Randolph D. Moss**
**United States District Judge**