UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-393 (RDM) |
| v. : | |
| : | |
| HUNTER PALM, : | |
| : | |
| Defendant : | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter. The exhibits are:

**Images**

- Image 1 - Palm Near Washington Monument
- Image 2 - Palm on West Side
- Image 3 - Palm on Northwest Stairs
- Image 4 - Palm Entering Senate Wing Doors
- Image 5 - Palm in Crypt
- Image 6 - Palm in Conf Room (Laptop)
- Image 7 - Palm in Conf Room (Table)
- Image 8 - Officers on Terrace
- Image 9 - Rioters on Terrace
- Image 10 - Capitol Diagram
- Image 11 - Aides in Rotunda
- Image 12 - Palm in Rotunda
- Image 13 - Palm Exiting Broken Window
- Image 14 - Palm on Upper West Terrace

**Transcripts**

- Transcript 1 - U.S. v. Minuta et al - Case No. 22-cr-15 - 010623AM - Jamie Fleet Trial Transcript
- Transcript 2 - U.S. v. Minuta et al - Case No. 22-cr-15 - 121922AM - Thomas Wickham Trial Transcript

1

**Videos**
- Exhibit 1 - Palm on West Lawn
- Exhibit 2 - Palm on Northwest Stairs
- Exhibit 3 - Palm March up Northwest Stairs
- Exhibit 4 - Palm Breaching Senate Wing Doors
- Exhibit 5 - Palm in Crypt 1
- Exhibit 6 - Palm in Crypt 2
- Exhibit 7 - Palm in Crypt 3
- Exhibit 8 - Palm in Crypt 4
- Exhibit 9 - Palm in House Hall and Conf Room 1
- Exhibit 10 - Palm in House Hall and Conf Room 2
- Exhibit 11.1 - Pelosi in the House Doc Clip 1
- Exhibit 11.2 - Pelosi in the House Doc Clip 2
- Exhibit 12 - Palm on Terrace
- Exhibit 13 - Official Proceeding Montage

**Other**
- Exhibit 14 - Palm Family Letter (Redacted)

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:   /s/ Shalin Nohria

Shalin Nohria
D.C. Bar No. 1644392
Troy A. Edwards, Jr.
Assistant United States Attorneys
United States Attorney's Office
601 D St. NW, 6.713
Washington, D.C.,