## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **vs.** | * | **Case No. 21-cr-00393 (RDM)** |
| | * | |
| **HUNTER PALM** | * | |
| **Defendant** | * | |
| | * | |

**ooOoo**

## ORDER

Upon consideration of the Consent Motion to Extend the Time for Filing Defendant's Sentencing Memorandum filed by Hunter Palm, good cause having been shown, it is this _____ day of December, 2023, by the United States District Court for the District of Columbia,

**ORDERED:**

1.     That the Motion is hereby **Granted.**

_____
**Honorable Randolph D.  Moss**
**United States District Judge**